UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Michael Flynn                    : Chapter 13

                Debtor                   : Bky No.   25-14743

**Certification of Service**

I, Lawrence S Rubin, attorney for the debtor, certify that on November 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Original Chapter 13 Plan

Mailing List Exhibit:

APPLE CARD - GS Bank
11850 S ELECTION RD
Draper, UT 84020


Barclays Bank Delaware
Attention: Bankruptcy
POB 8803
Wilmington, DE 19899


CapitalOne NA
POB 30281
Salt Lake City, UT 84130


CCB/Bread Cashback
pob 182120
Columbus, OH 43218


Comcast, Inc
1701 John F Kennedy Blvd
Philadelphia, PA 19103


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


FIRST SAVINGS CREDIT CARD
500 E 60th St N,
Sioux Falls, SD 57104

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

MISSION LANE TAB BANK
PO BOX 105286
Atlanta, GA 30348


Nissan Auto Finance
POB 660366
Dallas, AL 75266


Small Business Administration
409 3rd St., SW
Washington, DC 20416


SYNCB/EBAY -
PO Box 71727
Philadelphia, PA 19176


Syncb/venmo
POB 71737
Philadelphia, PA 19176


TD Bank
POB 71466
Philadelphia, PA 19176


Wallingford Estates
2701 Madison St
E Bldg
Chester, PA 19013

The debtor by handing him a copy.

                                     **s/Lawrence S.  Rubin, Esquire**
                                     Lawrence S. Rubin, Esquire
                                     Attorney for Debtor
                                     337 West State Street
                                     Media, PA 19063
                                     (610) 565-6660


Dated:  November 19, 2025

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com